# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 22–32344
                                                                                                            Chapter 13

Phointeda Yvette Perry ,

    Debtor.

## ORDER

    This case is before the court on the following matter:

*23* – Rule 9007 Motion/Notice/Objection: Motion to Determine Mortgage Fees and Expenses in Chapter 13 Cases . filed by Stephen L. Klimjack on behalf of Phointeda Yvette Perry. Responses due by 04/10/2023. (Klimjack, Stephen)

    It appears that notice has been given pursuant to L.B.R. 9007–1, Bankr. M.D. Ala., and that no response has been filed. Accordingly, it is

    **ORDERED,** that the motion is **GRANTED** according to the terms stated.

Dated April 11, 2023

Christopher L. Hawkins
United States Bankruptcy Judge